UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SAFEWAY, INC.,
as subrogee of DEEPAK POUDYAL,

    Plaintiff,

v.                                                                            Civil Action No. 1:14-v-00147-LO-TCB

NFI INTERACTIVE LOGISTICS, LLC,

    Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

NFI Interactive Logistics, LLC

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
Irwin Brown, Sidney Brown and Jeffrey Brown

    Respectfully Submitted,

/s/

Grant E. Kronenberg
Virginia State Bar # 65647
Attorney for NFI Interactive Logistics, LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-8300
Fax: 804-344-8359
gkronenberg@morrismorris.com

DATED:  February 18, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I will mail the document by U.S. Mail, first class, postage prepaid, to the following non-filing user:

Charles Y. Sipe
Goodman, Allen & Filetti, PLLC
1412 Sachem Place, Suite 100
Charlottesville, VA 22901
(434) 817-2180
(434) 817-2199 – Fax
*Counsel for Plaintiff*

/s/
Grant E. Kronenberg
Virginia State Bar # 65647
Attorney for NFI Interactive Logistics, LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-8300
Fax: 804-344-8359
gkronenberg@morrismorris.com